## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**RACHEL RENA MADDUX,** *et al.*,
    Debtors,

v.                                          Consolidated Contested Matters
                                                Case Nos. 15-33574, 15-33590,
                                                  15-34358, 15-34453,
                                                  15-35437, 15-36032

**MIDLAND CREDIT MANAGEMENT, INC.,** as
Agent for **MIDLAND FUNDING, LLC,**
    Creditor.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Thomas D. Domonoske as counsel for Debtors Rachel Rena Maddux, *et al.* in the above-referenced matter. Mr. Domonoske is admitted to practice before this Court. His contact information is as follows:

Thomas D. Domonoske, VSB # 35434
Consumer Litigation Associates
281 N. Mason Street, #811
Harrisonburg, VA  22803
(540)  442-7706
tom@clalegal.com

                                              Respectfully submitted,
                                              **Rachel Rena Maddux,** *et al.*
                                              By Counsel

                                              By:  /s/ Mark C. Leffler
                                              Mark C. Leffler (VSB #40712)
                                              Boleman Law Firm, P.C.
                                              2104 W. Laburnum Ave., Suite 201
                                              Richmond, VA 23227
                                              Telephone (804) 358-9900
                                              Counsel for
                                              Debtors

## **CERTIFICATE OF SERVICE**

I certify that on <u>July 25, 2016,</u> I have transmitted a true copy of the foregoing document by CM/ECF to David R. Ruby, Esquire, attorney for Midland.

By:    <u>/s/ Mark C. Leffler</u>
Counsel for Debtor