## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

RACHEL RENA MADDUX, et al.
    Debtors,

v.

MIDLAND CREDIT MANAGEMENT, INC., as
Agent for MIDLAND FUNDING, LLC,
    Creditor.

Consolidated Contested Matters
Case Nos. 15-33574, 15-33590,
15-344358, 15-34453,
15-35437, 15-36032

### **AFFIDAVIT OF RODRIGO BEDOYA**

State of California, County of San Diego to wit:

Rodrigo Bedoya, first being duly sworn, states as follows:

1.    I am the acting Director, Bankruptcy for Midland Credit Management, Inc., agent for the creditor, Midland Funding, LLC ("Midland"), in the above bankruptcy cases.

2.    I am over the age of 18.

3.    The information contained in this affidavit is based on personal knowledge and records maintained in the regular and ordinary course of business.

4.    I am generally aware of the facts related to the Motion for Summary Judgment against Rachel Rena Maddux (the "Debtor") in the above-referenced bankruptcy proceeding.

5.    By reason of my position, I have knowledge of Midland's regular business practices; its books and records related to purchased credit card debt and other accounts; its policies and procedures related to the handling of bankruptcy claims; and its conduct related to the filing each of the proofs of claim, as amended, at issue in Midland's Motions for Summary Judgment.

6.    Midland is one of the nation's largest buyers of unpaid consumer debt from credit card companies, banks and other large holders of consumer debt. Midland purchases accounts that



have gone unpaid for at least 180 days and accounts in which the account debtors have paid less than the minimum monthly payment for extended periods of time.

7.        On or about August 19, 2015 and September 22, 2015, Synchrony Bank (the "Bank") sold a pool of charge-off accounts by a Purchase and Sale Agreement and a Bill of Sale to Midland. As part of the sale of these accounts, electronic records and other records on individual accounts, including the Debtor's accounts for Sam's Club (the "Sam's Club Account"), Lowes (the "Lowes Account") and Ashley Furniture (the "Ashley Furniture Account") were transferred to Midland.

8.        After receiving the electronic records from the Bank, Midland generated seller data sheets for the Sam's Club Account, the Lowes Account and the Ashley Furniture Account (collectively, the "Seller Data Sheets") from the Bank's electronic records.

9.        The Seller Data Sheets included the Debtor's name, last known address, account number, home phone number, contract date and last payment date and last payment amount. The Seller Data Sheet for the Sam's Club Account listed a last payment amount of $50 and a last payment date of April 1, 2015. The Seller Data Sheet for the Lowes Account listed a last payment amount of $63 and a last payment date of June 9, 2015. The Seller Data Sheet for the Ashley Furniture Account listed a last payment amount of $39 and a last payment date of July 17, 2015.

10.        The Bank also provided Midland with account statements for the Sam's Club Account, the Lowes Account and the Ashley Furniture Account (collectively, the "Account Statements").

11.        The Account Statement and the Seller Data Sheet for the Sam's Club Account show the Bank was owed a charged off balance of $1,675.77.

12.        The Account Statement and the Seller Data Sheet for the Lowes Account show the

Bank was owed a charged off balance of $2,077.31.

13.    The Account Statement and the Seller Data Sheet for the Ashley Furniture Account

show the Bank was owed a charged off balance of $1,059.45.

14.    Midland never added any interest, finance charges, or fees to the balances charged

off by the Bank and sold to Midland.

15.    On September 21, 2015, Midland timely filed: (i) proof of claim 13-1 ("POC 13-

1") in the amount of $1,675.77, related to the Sam's Club Account; and (ii) proof of claim 14-1

("POC 14-1") in the amount of $2.077.31, related to the Lowes Account.

16.    On October 9, 2015, Midland timely filed proof of claim 18-1 ("POC 18-1") in the

amount of $1,059.45, related to the Ashley Furniture Account.

17.    POC 13-1, POC 14-1 and POC 18-1 attached account summaries (the "Account

Summaries") that provided the Debtor and this Court with notice of the existence, nature and

amount of the claims. True and accurate copies of the Account Summaries are attached as Exhibit

A.

18.    On February 26, 2016, Midland filed amended proof of claim 13-2 ("POC 13-2")

in the same amount as POC 13-1 (i.e., $1,675.77), amended proof of claim 14-2 ("POC 14-2") in

the same amount as POC 14-1 (i.e., $2,077.31) and amended proof of claim 18-2 ("POC 18-2") in

the same amount as POC 18-1 (i.e., $1,059.45). POC 13-1, POC 13-2, POC 14-1, POC 14-2, POC

18-1 and POC 18-2 are collectively referred to as the "Proofs of Claim."

19.    Midland filed POC 13-2, POC 14-2 and POC 18-2 to describe its claims with

greater particularity.

20.    In the Proofs of Claim, Midland disclosed that the Debtor may have scheduled the

account as "SYNCHRONY BANK."

3

21.    The Proofs of Claim included the Account Summaries that identified: (i) the name of the entity from whom the creditor purchased the account; (ii) the name of the entity to whom the debt was owed at the time of an account holder's last transaction on the account; (iii) the date of the account holder's last transaction; (iv) the date of the last payment on the account; and (v) the date on which the account was charged off.

22.    POC 13-2 also included: (i) a Bill of Sale from Synchrony Bank to Midland; (ii) an affidavit from Synchrony Bank regarding the sale of charge-off accounts to Midland; (iii) the Sam's Club Account Statement; and (iv) the Seller Data Sheet. True and accurate copies of the documents filed with POC 13-2 are attached as Exhibit B.

23.    POC 14-2 also included: (i) a Bill of Sale from Synchrony Bank to Midland; (ii) an affidavit from Synchrony Bank regarding the sale of charge-off accounts to Midland; (iii) the Lowes Account Statement; and (iv) the Seller Data Sheet. True and accurate copies of the documents filed with POC 14-2 are attached as Exhibit C.

24.    POC 18-2 also included: (i) a Bill of Sale from Synchrony Bank to Midland; (ii) an affidavit from Synchrony Bank regarding the sale of charge-off accounts to Midland; (iii) the Ashely Furniture Account Statement; and (iv) the Seller Data Sheet. True and accurate copies of the documents filed with POC 18-2 are attached as Exhibit D.

25.    The Seller Data Sheets provided with POC 13-2 and POC 14-2 advised the Debtor that information included on the documents was from "[d]ata printed from electronic records provided by Synchrony Bank formerly known as GE Capital Retail Bank pursuant to the Bill of Sale/Assignment of Accounts transferred on or about 8/21/2015 in connection with the sale of account from Synchrony Bank formerly known as GE Capital Retail Bank to Midland Funding, LLC."

4

26.     The Seller Data Sheet provided with POC 18-2 advised the Debtor that information included on the documents was from "[d]ata printed from electronic records provided by Synchrony Bank formerly known as GE Capital Retail Bank pursuant to the Bill of Sale/Assignment of Accounts transferred on or about 9/24/2015 in connection with the sale of account from Synchrony Bank formerly known as GE Capital Retail Bank to Midland Funding, LLC."

Further this Affiant sayeth not.

_____
Rodrigo Bedoya

CITY/COUNTY OF SAN DIEGO

STATE OF CALIFORNIA

This day appeared before me appeared [insert name] and affirmed that the information contained herein is true to the best of his knowledge, information and belief.

Subscribed and sworn to before me this __8th__ day of September, 2016.

_____
*see attached*
Notary Public

My commission expires:                    Registration No.:

5

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California

County of _____ San Diego _____ )

On _____ September 8, 2016 _____ before me, ___ Anabel Levy, notary public _____

(insert name and title of the officer)

personally appeared ___ Rodrigo Bedoya _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

ANABEL LEVY
Commission # 2093831
Notary Public - California
San Diego County
My Comm. Expires Jan 13, 2019

Signature _____ Anabel Levy _____ (Seal)

# ACCOUNT(S) SUMMARY

## ACCOUNT INFORMATION:

| **ACCOUNT HOLDER(S)**<br>RACHEL  MADDUX | | **CURRENT CREDITOR**<br>Midland Funding LLC | | |
|---|---|---|---|---|
| **ORIGINAL CREDITOR NAME**<br>SYNCHRONY BANK | **ORIGINAL CREDITOR ACCOUNT NO**<br>XXXXXXXXXXXX-0842 | | **ASSIGNOR** (if other than original creditor) | |
| **TOTAL CLAIM AMOUNT**<br>$1,675.77 | **UNSECURED PRINCIPAL**<br>$1,675.77 | **INTEREST DUE**<br>$0.00 | **FEES**<br>$0.00 | **COSTS**<br>$0.00 |
| **DATE OF LAST TRANSACTION**<br>04/01/2015 | **CREDITOR AT DATE OF LAST TRANSACTION**<br>SYNCHRONY BANK | **CHARGE-OFF DATE**<br>07/26/2015 | **DATE OF LAST PAYMENT**<br>04/01/2015 | |

## NOTICE AND PAYMENT INFORMATION:

| **ADDRESS** | **PHONE/FAX** | **EMAIL** | **REFERENCE NUMBER** |
|---|---|---|---|
| P.O. BOX 2011<br><br>WARREN MI 48090 | (877) 495-2902<br><br>(866) 818-1718 | MBX_ILMS_Bankruptcy@MCMCG.com | 15-180686 |

# ACCOUNT(S) SUMMARY

## ACCOUNT INFORMATION:

| **ACCOUNT HOLDER(S)**<br>RACHEL  MADDUX | | **CURRENT CREDITOR**<br>Midland Funding LLC | | |
|---|---|---|---|---|
| **ORIGINAL CREDITOR NAME**<br>SYNCHRONY BANK | **ORIGINAL CREDITOR ACCOUNT NO**<br>XXXXXXXXXXXX-9160 | | **ASSIGNOR** (if other than original creditor) | |
| **TOTAL CLAIM AMOUNT**<br>$2,077.31 | **UNSECURED PRINCIPAL**<br>$2,077.31 | **INTEREST DUE**<br>$0.00 | **FEES**<br>$0.00 | **COSTS**<br>$0.00 |
| **DATE OF LAST TRANSACTION**<br>06/09/2015 | **CREDITOR AT DATE OF LAST TRANSACTION**<br>SYNCHRONY BANK | **CHARGE-OFF DATE**<br>07/26/2015 | **DATE OF LAST PAYMENT**<br>06/09/2015 | |

## NOTICE AND PAYMENT INFORMATION:

| **ADDRESS**<br>P.O. BOX 2011<br>WARREN MI 48090 | **PHONE/FAX**<br>(877) 495-2902<br>(866) 818-1718 | **EMAIL**<br>MBX_ILMS_Bankruptcy@MCMCG.com | **REFERENCE NUMBER**<br>15-181709 |
|---|---|---|---|

BK_0021 Account No.: 15-181709

# ACCOUNT(S) SUMMARY

## ACCOUNT INFORMATION:

| ACCOUNT HOLDER(S)<br>RACHEL  MADDUX | | CURRENT CREDITOR<br>Midland Funding LLC | | |
|---|---|---|---|---|
| ORIGINAL CREDITOR NAME<br>SYNCHRONY BANK | ORIGINAL CREDITOR ACCOUNT NO<br>XXXXXXXXXXXX-3379 | | ASSIGNOR (if other than original creditor)<br>SYNCHRONY BANK | |
| TOTAL CLAIM AMOUNT<br>$1,059.45 | UNSECURED PRINCIPAL<br>$1,059.45 | INTEREST DUE<br>$0.00 | FEES<br>$0.00 | COSTS<br>$0.00 |
| DATE OF LAST TRANSACTION<br>07/17/2015 | CREDITOR AT DATE OF LAST TRANSACTION<br>SYNCHRONY BANK | CHARGE-OFF DATE<br>09/15/2015 | DATE OF LAST PAYMENT<br>07/17/2015 | |

## NOTICE AND PAYMENT INFORMATION:

| ADDRESS | PHONE/FAX | EMAIL | REFERENCE NUMBER |
|---|---|---|---|
| P.O. BOX 2011<br><br>WARREN MI 48090 | (877) 495-2902<br><br>(866) 818-1718 | MBX_ILMS_Bankruptcy@MCMCG.com | 15-209826 |

Case 15-33574-KRH    Claim 13-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
Documents    Page 10 of 68



## BILL of SALE

**Midland – ██████████ - August 2015**

For value received and in further consideration of the mutual covenants and conditions set forth in the ██████ ████████ Purchase Agreement (the "Agreement"), dated as of this 21st day of July, 2015 by and between Synchrony Bank formerly known as GE Capital Retail Bank ("Seller"), and Midland, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on August 19, 2015,  and as further described in the Agreement.

Synchrony Bank

By: _Ken Wojcik_

Ken Wojcik

Title: SVP Collections and Recovery

## AFFIDAVIT OF SALE
## OF ACCOUNT
## BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

Nicolei Nasrabadi being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about 8/19/2015 Synchrony Bank formerly known as GE Capital Retail Bank sold a pool of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements are true to the best of my knowledge.

Signed this 14th day of September, 2015

Nicolei Nasrabadi

Signed and sworn to before me this 14th day of September, 2015 by Anthony Davis

(Notary Stamp)

ANTHONY CHRIS DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2018

NY AOS 1.2 6/2/2014 - St. Paul

**BLANKET CERTIFICATE OF CONFORMITY FOR NOTARY ANTHONY DAVIS**

     I, Brett Rouleau, an attorney-at-law admitted to practice in the State of Minnesota and fully acquainted with the laws of the State of Minnesota do hereby certify that I am duly qualified to make this certificate of conformity and that the acknowledgement or proof upon the affidavits of merit were taken by Notary Anthony Davis, a notary public in the State of Minnesota, in the manner prescribed by the laws of the State of Minnesota and confirms to the laws thereof in all respects.

     IN WITNESS WHEREOF, I have hereunto set my signature, on September 14, 2015.

                            Brett Rouleau
                           Attorney at Law, State of Minnesota

Case 15-33574-KRH    Claim 13-2 Part 2   Filed 02/26/16   Desc Exhibit(s) Supporting
Documents    Page 13 of 68

# Your Sam's Club® Credit card
# is accepted at Walmart, too!

## Convenience

**One card. One monthly statement.**
**Two places to shop.**





---

**Sam's Club® Credit**

RACHEL R MADDUX
Account Number: REDACTED 0842

Visit us at samsclub.com/credit
Member Service: 1-800-568-0162

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,643.50 |
| + Interest Charges | $32.27 |
| **New Balance** | **$1,675.77** |
| Credit Limit | $1,500.00 |
| Available Credit | $0.00 |
| Cash Advance/Quick Cash Limit | $200.00 |
| Available Cash | $0.00 |
| Statement Closing Date | 07/15/2015 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $1,675.77 |
| Amount Past Due | $414.00 |
| Total Minimum Payment Due | $464.00 |
| Overlimit Amount | $175.77 |
| Payment Due Date | 08/07/2015 |

**Late Payment Warning:**  If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:**  If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $2,535.00 |

If you would like information about  credit counseling services  , call 1-877-302-8775.

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/15 | 07/15 | | INTEREST CHARGE ON PURCHASES | $32.27 |
| (Continued on next page) | | | | |

---

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**

NOTICE: We may convert your payment into an electronic debit. See reverse side for details, Billing Rights and other important information.

6709      A8H      1    7 12  150715      E X PAGE 1 of 3      9277   4000  V093  01EU6709

Detach and mail this portion with your check. Do not include any correspondence with your check.



Account Number: REDACTED 0842

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $464.00 | $414.00 | 08/07/2015 | $175.77 | $1,675.77 |

Payment Enclosed: Please use
blue or black ink.

$ 

New address or email? Print changes on back.

*0322041004198190842*

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

ADTADFTDFDFFDFFADTFDTTFFTTATTAAADATDTFFTFTFFFADTFDTFFFDATTAFDDDTAT

Make Payment to:  SAM'S CLUB/SYNCHRONY BANK
PO BOX 530942
ATLANTA, GA 30353-0942

FADFDTDDFFAFFFAADATATAFAAAAAFFFTDTDDTDFDFFDAADTATATAADTAAAATTDAAF

REDACTED

Case 15-33574-KRH    Claim 13-2  Filed 02/26/16    Desc Exhibit(s) Supporting
Documents  Page 9 of 13

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965004, Orlando, FL 32896-5004.** Please include your account number and any correspondence you send to us.
**Payments:** Send payments to the address listed on the remittance portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965003, Orlando, FL 32896-5003.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make a one-time electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope addressed to: P.O. Box 960097, Orlando, FL 32896-0097 and not the Payment Address.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at:
Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

In your letter, give us the following account number.
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments: You may at any time, pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. *Conditional Payments:* All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965003, Orlando, FL 32896-5003.

**Credits To Your Account:** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports And Account Information:** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965005, Orlando, FL 32896-5005. In doing so, please identify the inaccurate information and tell us why you believe it is

incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Balance Subject To Interest Charge Calculation**
**Method 2D (Daily Balance method):** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Method 2M (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 3M (Average Daily Balance excluding current transactions):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day which includes any unpaid interest charges from the previous billing cycle and add applicable fees, and subtract any payments or credits. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 5 (Average Daily Balance excluding current transactions and unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 6 (Average Daily Balance including current transactions and excluding unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new charges and applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Bankruptcy Notice:** If you file bankruptcy you must send notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060.

**Your account is owned and serviced by Synchrony Bank.**

O1EU6709 - 1 - 03/10/14

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and to consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

| | Street | |
|---|---|---|
| ☐ | Address | _____ |
| | City, State | _____ |
| | ZIP | |
| | Phone # | _____ |
| | Email | _____ |

| Home Phone # | Business Phone # | *Cell # or other phone # we can use to contact you | Email Address |
|---|---|---|---|

By providing your email address, you agree to receive email communications about your account
and also give us permission for us to share your email address with Sam's Club.

Case 15-33574-KRH   Claim 13-2 Part 2   Filed 02/26/16   Desc Exhibit(s) Supporting
Documents   Page 15 of 13



## Convenient ways to pay your bill...



**Log in** to your account at SamsClub.com/credit to make a payment. Make sure you are signed up for online account management.

**Pay in-club** at any Sam's Club® or Walmart®

**Mail your check** with the payment stub attached.

You can view all your account details at SamsClub.com/credit.

### Transaction Summary   (Continued)

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|-----------|-----------|------------------|--------------------------------------|--------|
| 07/15 | 07/15 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $32.27 |

| 2015 Totals Year-To-Date | | |
|--------------------------|---|---|
| Total Fees Charged in | 2015 | $175.00 |
| Total Interest Charged in | 2015 | $208.94 |
| Total Interest Paid in | 2015 | $105.71 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR)   is the annual interest rate on your account.

| Type of Balance | Expiration Date | ANNUAL PERCENTAGE RATE | Balance Subject to Interest Rate | Interest Charge | Balance Method |
|-----------------|-----------------|------------------------|----------------------------------|-----------------|----------------|
| Regular Purchases | N/A | 22.90% (v) | $1,659.06 | $32.27 | 2D |
| Cash Advances / Quick Cash | N/A | 22.90% (v) | $0.00 | $0.00 | 2D |

(v) = variable rate

### Cardholder News and Information

Your account is in default. Pursuant to your Account Agreement, if we
do not receive sufficient payment by the due date above, we will
terminate any financing promotion(s) on your account and seek
immediate payment of your entire account balance.  Please contact us
at 1-800-945-6596 for the amount you must pay to avoid this.

If your account has a deferred interest promotion and you would like us to apply a payment on your account to a specific
balance, please call Customer Service to discuss options that may be available.

Case 15-33574-KRH    Claim 13-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
Documents    Page 3 of 13

Case 15-33574-KRH    Doc 79-2    Filed 09/08/16    Entered 09/08/16 20:28:50    Desc
Exhibit(s) to Memorandum in Support    Page 9 of 13

Case 15-33574-KRH    Claim 13-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
Documents    Page 17 of 68

# Your Sam's Club® Credit card
# is accepted at Walmart, too!



**Convenience**

One card. One monthly statement.
Two places to shop.



---

**Sam's Club® Credit**

RACHEL R MADDUX
Account Number: REDACTED 0842

Visit us at samsclub.com/credit
Member Service: 1-800-568-0162

| Summary of Account Activity | |
|---|---|
| Previous Balance | $1,533.42 |
| - Payments | $50.00 |
| + Fees Charged | $35.00 |
| + Interest Charges | $28.86 |
| **New Balance** | **$1,547.28** |
| | |
| Credit Limit | $1,500.00 |
| Available Credit | $0.00 |
| Cash Advance/Quick Cash Limit | $200.00 |
| Available Cash | $0.00 |
| Statement Closing Date | 04/14/2015 |
| Days in Billing Cycle | 30 |

| Payment Information | |
|---|---|
| New Balance | $1,547.28 |
| Amount Past Due | $204.00 |
| Total Minimum Payment Due | $284.00 |
| Overlimit Amount | $47.28 |
| Payment Due Date | 05/07/2015 |

Late Payment Warning:    If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

Minimum Payment Warning:    If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 years | $2,500.00 |

If you would like information about    credit counseling services   , call 1-877-302-8775.

| Transaction Summary | | | | |
|---|---|---|---|---|
| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
| 04/01 | 04/01 | P927003001GZHPVV | PAYMENT - THANK YOU | ($50.00) |
| | | | **FEES** | |
| 04/07 | 04/07 | | LATE FEE | $35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $35.00 |
| | | | **INTEREST CHARGED** | |
| 04/14 | 04/14 | | INTEREST CHARGE ON PURCHASES | $28.86 |
| (Continued on next page) | | | | |

---

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**

NOTICE: We may convert your payment into an electronic debit. See reverse side for details, Billing Rights and other important information.

6709      A8H      1    7  12  150414      E X PAGE 1 of 3          9277  4000  V093  01EU6709

Detach and mail this portion with your check. Do not include any correspondence with your check.



Account Number: REDACTED 0842

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $284.00 | $204.00 | 05/07/2015 | $47.28 | $1,547.28 |

Payment Enclosed: Please use blue or black ink.    $ ▮▮▮▮▮ . ▮▮

New address or email? Print changes on back.

*6032204100419810842*

FAADDTTFADTDFTFAADTDDFAADFDDAADDTADTADFDADTTDTTDTTDTTTFDDFATDFAFDA

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

Make Payment to:    SAM'S CLUB/SYNCHRONY BANK
PO BOX 530942
ATLANTA, GA 30353-0942

DDDADFFTDFDFDFTDDDFFATAADFADADTDFDTDTDTTFFTDADTTDFTTFFFDFFDFTDAATF

REDACTED

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965004, Orlando, FL 32896-5004.** Please include your account number and any correspondence you send to us.
**Payments:** Send payments to the address listed on the remittance portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965003, Orlando, FL 32896-5003.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope addressed to: P.O. Box 960097, Orlando, FL 32896-0097 and not the Payment Address.**

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. *Conditional Payments:* All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965003, Orlando, FL 32896-5003.

*Credits To Your Account:* An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

*Credit Reports And Account Information:* If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965005, Orlando, FL 32896-5005. In doing so, please identify the inaccurate information and tell us why you believe it is

incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Balance Subject To Interest Charge Calculation

**Method 2D (Daily Balance method):** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Method 2M (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 3M (Average Daily Balance excluding current transactions):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day which includes any unpaid interest charges from previous billing cycle and add applicable fees, and subtract any payments or credits. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 5 (Average Daily Balance excluding current transactions and unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 6 (Average Daily Balance including current transactions and excluding unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, add any new charges and applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060.

**Your account is owned and serviced by Synchrony Bank.**

O1EU6709 - 1 - 03/10/14

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and to consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐  Street
    Address _____
    City, State _____
    ZIP
    Phone # _____
    Email

    Home Phone #      Business Phone #      *Cell # or other phone #      Email Address
                                            we can use to contact you

By providing your email address, you agree to receive email communications about your account
and also give us permission for us to share your email address with Sam's Club.

Case 15-33574-KRH    Claim 13-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
documents    Page 11 of 13



# Keep track of
## your account.

Online account management is
easy and convenient with your
Sam's Club® Personal Credit Card

- Check your statement balance
- View past statements
- Sign up for paperless statements
- Make payments and more

Visit **SamsClub.com/credit** to sign up.

## Transaction Summary    (Continued)

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 04/14 | 04/14 | | INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $28.86 |

| 2015 Totals Year To Date | |
|---|---|
| Total Fees Charged in    2015 | $140.00 |
| Total Interest  Charged in    2015 | $115.45 |
| Total Interest  Paid in    2015 | $105.71 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR)    is the annual interest rate on your account.

| Type of Balance | Expiration Date | ANNUAL PERCENTAGE RATE | Balance Subject to Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | N/A | 22.90%  (v) | $1,533.37 | $28.86 | 2D |
| Cash Advances / Quick Cash | N/A | 22.90%  (v) | $0.00 | $0.00 | 2D |

(v) = variable rate

## Cardholder News and Information

YOUR ACCOUNT HAS 4 PAYMENTS DUE.  PLEASE PAY THE MINIMUM PAYMENT DUE
OR CONTACT THIS OFFICE AT THE PHONE NUMBER LISTED ON YOUR STATEMENT.

This is a duplicate courtesy copy of your most recent billing statement. You can still view and pay your electronic statement
online.

If your account has a deferred interest promotion and you would like us to apply a payment on your account to a specific
balance, please call Customer Service to discuss options that may be available.

Case 15-33574-KRH    Claim 13-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
documents    Page 20 of 68

Case 15-33574-KRH    Claim 13-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
documents    Page 13 of 15

| Field | |
|---|---|
| Account_Number | REDACTED 0842 |
| Customer_ID | *****6167 |
| Name | MADDUX          RACHEL |
| Account_Address_1 | 1107 CLAUSON RD |
| City | RICHMOND |
| State | VA |
| Zip_Code | 23227-1231 |
| Home_Phone_Number | REDACTED |
| Work_Phone_Number | 0000000000 |
| Birth_Date | REDACTED |
| Contract_Date | 20070629 |
| ChargeOff_Date | 20150726 |
| Last_Payment_Date | 20150401 |
| Last_Purchase_Date | 20140629 |
| Last_Payment_Amount | 50 |
| ChargeOff_Amount | 1407.31 |
| Associated_Costs | 0 |
| Accrued_Interest | 268.46 |
| Sale Amount | 1675.77 |

Data printed by Midland Credit Management, Inc. from electronic records provided by Synchrony Bank formerly known as GE Capital Retail Bank pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 8/21/2015 in connection with the sale of accounts from Synchrony Bank formerly known as GE Capital Retail Bank to Midland Funding, LLC.

Case 15-33574-KRH    Claim 14-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
Documents    Page 22 of 11



**BILL of SALE**

**Midland — ▮▮▮▮▮▮▮▮▮ - August 2015**

For value received and in further consideration of the mutual covenants and conditions set forth in the ▮▮▮▮▮▮ ▮▮▮▮▮▮ Purchase Agreement (the "Agreement"), dated as of this 21st day of July, 2015 by and between Synchrony Bank formerly known as GE Capital Retail Bank ("Seller"), and Midland, LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on August 19, 2015, and as further described in the Agreement.

Synchrony Bank

By: _Ken Wojcik_ _____

Ken Wojcik

Title: SVP Collections and Recovery

## AFFIDAVIT OF SALE
## OF ACCOUNT
## BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

Nicolei Nasrabadi being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about 8/19/2015 Synchrony Bank formerly known as GE Capital Retail Bank sold a pool of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements are true to the best of my knowledge.

Signed this 14th day of September, 2015

Nicolei Nasrabadi

Signed and sworn to before me this 14th day of September, 2015 by Anthony Davis

(Notary Stamp)

ANTHONY CHRIS DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2018

## BLANKET CERTIFICATE OF CONFORMITY FOR NOTARY ANTHONY DAVIS

I, Brett Rouleau, an attorney-at-law admitted to practice in the State of Minnesota and fully acquainted with the laws of the State of Minnesota do hereby certify that I am duly qualified to make this certificate of conformity and that the acknowledgement or proof upon the affidavits of merit were taken by Notary Anthony Davis, a notary public in the State of Minnesota, in the manner prescribed by the laws of the State of Minnesota and confirms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, on September 14, 2015.

_____
Brett Rouleau
Attorney at Law, State of Minnesota

Case 15-33574-KRH    Claim 14-2 Part 2   Filed 02/26/16   Desc Exhibit(s) Supporting
Documents   Page 9 of 11



## Lowe's® Credit
## Card Account

RACHEL R MADDUX
Account Number    REDACTED916 0

Visit us at  www.lowes.com/credit
Customer Service:    1-800-444-1408

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $2,077.31 |
| - Payments | $0.00 |
| - Other Credits | $2,077.31 |
| + Purchases/Debits | $0.00 |
| + Fees Charged | $0.00 |
| + Interest Charged | $0.00 |
| New Balance | $0.00 |
| | |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 07/26/2015 |
| Days in Billing Cycle | 11 |

**Payment Information**

| | |
|---|---|
| New Balance | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Payment Due | $222.00 |
| Payment Due Date | 08/07/2015 |

Late Payment Warning:    If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed
above, you may have to pay a late fee up to $38.00.

**Transaction Summary**

| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 07/26 | 07/26 | | CHARGE OFF ACCOUNT-PRINCIPALS | ($1,917.23) |
| 07/26 | 07/26 | | CHARGE OFF ACCOUNT *FINANCE CHARGES* | ($160.08) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/26 | 07/26 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

**2015 Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged in 2015 | $111.00 |
| Total Interest Charged in 2015 | $288.06 |
| Total Interest Paid in 2015 | $248.17 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR)    is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | NA | 24.99% | $0.00 | $0.00 | 2D |

**Important Account Information**

Statement not provided to customer.

You have recently been unenrolled from electronic statement delivery. You may have opted to stop receiving electronic
statements, or this may have occurred because of changes in your account or failure to comply with the Terms and
Conditions of the electronic statement service. Please feel free to reenroll at any time.

If your account has a deferred interest promotion and you would like us to apply a payment on your account in a different
way, please call Customer Service to discuss other options that may be available.

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**

NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights Information and other
important information.

7009      X5G      1    3 12  150726      Z X PAGE 1 of 1      9294  0010  S002  O1DN7009

Detach and mail this portion with your check. Do not include any correspondence with your check.



Account Number:    REDACTED916 0

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | New Balance |
|---|---|---|---|
| $222.00 | $0.00 | 08/07/2015 | $0.00 |

Payment Enclosed:
Please use blue or black ink.

$ ▮▮▮▮▮.▮▮

New address or email? Print changes on back.

DAAADTATTADDADFDTFDFFAFAFFTDDTTTTFDATDTDATTTTAAATFADAAAFFTATFAFFF

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

Make Payment to:    LOWE'S/SYNCHRONY BANK
P.O. BOX 530914
ATLANTA, GA 30353-0914

TTDDTDDTTFAFTTTATTDFDFATTTTTADADTADFFTFDDADADTTFDFATFDDTADDDDDAFF

REDACTED

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965004, Orlando, FL 32896-5004.** Please include your account number on any correspondence you send to us.
**Payments:** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965003, Orlando, FL 32896-5003.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your outer envelope — not the enclosed window envelope, to P.O. Box 960097, Orlando, FL 32896-0097 and not the Payment Address.**

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the Billing Inquiries Address of:

Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 p.m. (ET) or any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. *Conditional Payments:* All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965003, Orlando, FL 32896-5003.

**Credits To Your Account:** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports And Account Information:** If you believe that we have

reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965005, Orlando, FL 32896-5005. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Balance Subject To Interest Charge Calculation

**Method 2D (Daily Balance method):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the 'daily balance' we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle

**Method 2M (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance', which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 3D (Daily Balance excluding current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. To get the 'daily balance' we take the beginning balance of your account each day, add any interest and applicable fees and subtract any payments or credits. We do not add in any new charges. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle. A separate daily balance will be calculated for each balance type on your account.

**Method 5 (Average Daily Balance excluding current transactions and unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, add applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance', which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 6 (Average Daily Balance including current transactions and excluding unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, add any new charges and applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance', which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060.
**Your account is owned and serviced by Synchrony Bank.**

O1DN7009 - 1 - 06/19/14

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

|  | Street | |
|--|--------|--|
|  | Address | |
|  | City, State | |
|  | ZIP | |
|  | Phone # | |
|  | Email | |

| Home Phone # | Business Phone # | *Cell # or other phone # we can use to contact you | Email Address |
|---|---|---|---|

By providing your email address, you agree to receive email communications about your account
and also give permission for us to share your email address with Lowe's.

Case 15-33574-KRH    Doc 79-2    Filed 09/08/16    Entered 09/08/16 20:28:50    Desc
Exhibit(s) to Memorandum in Support    Page 9 of 11

Case 15-33574-KRH    Claim 14-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
Documents    Page 27 of 68



## Add AUTHORIZED USERS
### today at Lowes.com/adduser

- Make shopping more convenient
- Update your account online
- No added cost

### It's easy to get started today

*The Primary Cardholder will be liable for all purchases made on the Account, including those made by an authorized user.
©2015 Lowe's. LOWE'S and Gable Mansard Design are registered trademarks of LF, LLC.

## Lowe's® Credit Card Account

RACHEL R MADDUX
Account Number    REDACTED 916 0

Visit us at  www.lowes.com/credit
Customer Service:  1-800-444-1408

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $1,980.23 |
| - Payments | $63.00 |
| - Other Credits | $0.00 |
| + Purchases/Debits | $0.00 |
| + Fees Charged | $38.00 |
| + Interest Charged | $41.03 |
| New Balance | $1,996.26 |
| | |
| Credit Limit | $2,040.00 |
| Available Credit | $43.00 |
| Statement Closing Date | 06/14/2015 |
| Days in Billing Cycle | 30 |

**Payment Information**

| | |
|---|---|
| New Balance | $1,996.26 |
| Total Minimum Payment Due | $99.00 |
| Payment Due Date | 07/07/2015 |

Late Payment Warning:    If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

Minimum Payment Warning:    If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 11 years | $4,802.00 |

If you would like information about    credit counseling services   , call 1-877-302-8775.

**Transaction Summary**

| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 06/09 | 06/09 | | ONLINE PYMT THANK YOU   ALPHARETTA  GA | ($63.00) |
| | | | FEES | |
| 06/07 | 06/07 | | LATE FEE | $38.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $38.00 |
| | | | INTEREST CHARGED | |
| 06/14 | 06/14 | | INTEREST CHARGE ON PURCHASES | $41.03 |
| (Continued on next page) | | | | |

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**

NOTICE: We may convert your payment into an electronic debit. See Statement Disclosures link below for details, Billing Rights Information and other important information.

7009      X5G      1    7 12  150614      PAGE 1 of 3      9294  0010  S002  O1DN7009





Account Number:  REDACTED 916 0

| Total Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
| $99.00 | 07/07/2015 | $1,996.26 |

Save a stamp.    $ ▮▮▮▮▮.▮▮

*244704091409*

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

FTTADDFFTTDADDDAADDADFFFDFFDAATDTTTADDTATTDDDDATAATATAADDAFTAFAFF

Make Payment to:    LOWE'S/SYNCHRONY BANK
P.O. BOX 530914
ATLANTA, GA 30353-0914

FFDDDTFFTDTFATATTFTADTFTADTAFFAATTDDAFDDAATAAFTFDTTADFTAFADDAFAFF

REDACTED

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965004, Orlando, FL 32896-5004.** Please include your account number on any correspondence you send to us.
**Payments:** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965003, Orlando, FL 32896-5003.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope — not the enclosed window envelope, to P.O. Box 960097, Orlando, FL 32896-0097 and not the Payment Address.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the Billing Inquiries Address of:

Synchrony Bank

P.O. Box 965003, Orlando, FL 32896-5003

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar amount:* The dollar amount of the suspected error.

• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in *writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at:

Synchrony Bank

P.O. Box 965003, Orlando, FL 32896-5003

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. *Conditional Payments:* All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965003, Orlando, FL 32896-5003.

**Credits To Your Account:** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports And Account Information:** If you believe that we have

reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965005, Orlando, FL 32896-5005. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Balance Subject To Interest Charge Calculation*

**Method 2D (Daily Balance method):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. To get the 'daily balance' we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle

**Method 2M (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 3D (Daily Balance excluding current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. To get the 'daily balance' we take the beginning balance of your account each day, add any interest and applicable fees and subtract any payments or credits. We do not add in any new charges. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle. A separate daily balance will be calculated for each balance type on your account.

**Method 5 (Average Daily Balance excluding current transactions and unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, add applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 6 (Average Daily Balance including current transactions and excluding unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, add any new charges and applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060

**Your account is owned and serviced by Synchrony Bank.**

O1DN7009 - 1 - 06/19/14

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐ Street
Address
City, State
ZIP
Phone #
Email

_____    _____    _____    _____
Home Phone #    Business Phone #    *Cell # or other phone #    Email Address
                                    we can use to contact you

By providing your email address, you agree to receive email communications about your account
and also give permission for us to share your email address with Lowe's.

Case 15-33574-KRH   Claim 14-2 Part 2   Filed 02/26/16   Desc Exhibit(s) Supporting
Documents   Page 2 of 11



| Transaction Summary | | (Continued) | | | |
|---|---|---|---|---|---|
| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | | Amount |
| | | | TOTAL INTEREST FOR THIS PERIOD | | $41.03 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2015 | $73.00 |
| Total Interest Charged in 2015 | $245.01 |
| Total Interest Paid in 2015 | $248.17 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR)       is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | NA | 24.99% | $1,997.55 | $41.03 | 2D |

**Important Account Information**

You may be offered one of the following promotions when you make a qualifying Lowe''s credit card purchase: No Interest if Paid in Full within 6, 12, 18 or 24 months. Under each promotion, no interest will be assessed on the purchase if you pay the promotional purchase in full within the applicable promo period. If you do not, interest will be imposed on the purchase from the date of purchase at a rate of 24.99%. Minimum monthly payments required. Some or all of the minimum payment based on the promotional balance may be applied to other account balances. Offers subject to credit approval. Offers not available at all times for all purchases. Offer dates and other terms will be disclosed in promotional advertising. Regular account terms apply to non-promo purchases and, after promotion ends, to promo purchases. Cannot be combined with other credit related promotional offers.

If your account has a deferred interest promotion and you would like us to apply a payment on your account in a different way, please call Customer Service to discuss other options that may be available.

**Cardholder News and Information**

Now you can recycle rechargeable batteries, plastic bags and CFLs at your local Lowe's. Simply drop the items in the bins near the store's entrance.

Please Note: When contacting the Lowe's Credit Center, you must be listed as an account owner to obtain information about the account. We cannot disclose information to authorized users or third parties.

Moving? Visit Lowesmoving.com for tools, tips and valuable offers to make your move easier.

Don't get caught by an email scam.       Occasionally, criminals send emails that look like they're from a retailer, bank or other financial institution. This scam is called phishing. Phishing emails can look almost identical to real emails from Synchrony Bank. The emails try to trick people into revealing credit card or bank account numbers.

Taking these four steps can protect you from fraud and identity theft.       1) Never respond to an email with your account or social security number. 2) Upgrade to the latest Internet browsers and use anti-virus and anti-spyware software. 3) Know your account status. Don't be fooled by false claims that it is in jeopardy. 4) Remember, Synchrony Bank emails regarding your account will always display the last four digits of your account number and never ask for confidential information.

Case 15-33574-KRH    Claim 17-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
documents    Page 10 of 11

| Field | |
|---|---|
| Account_Number | REDACTED 9160 |
| Customer_ID | *****6167 |
| Name | MADDUX          RACHEL |
| Account_Address_1 | 1107 CLAUSON RD |
| City | RICHMOND |
| State | VA |
| Zip_Code | 23227-1231 |
| Home_Phone_Number | REDACTED |
| Work_Phone_Number | REDACTED |
| Birth_Date | REDACTED |
| Contract_Date | 20040701 |
| ChargeOff_Date | 20150726 |
| Last_Payment_Date | 20150609 |
| Last_Purchase_Date | 20150417 |
| Last_Payment_Amount | 63 |
| ChargeOff_Amount | 1917.23 |
| Associated_Costs | 0 |
| Accrued_Interest | 160.08 |
| Sale Amount | 2077.31 |

Data printed by Midland Credit Management, Inc. from electronic records provided by Synchrony Bank formerly known as GE Capital Retail Bank pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 8/21/2015 in connection with the sale of accounts from Synchrony Bank formerly known as GE Capital Retail Bank to Midland Funding, LLC.

Case 15-33574-KRH    Doc 79-2    Filed 09/08/16    Entered 09/08/16 20:28:50    Desc
Exhibit(s) to Memorandum in Support    Page 2 of 7
Case 15-33574-KRH    Claim 13-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
documents    Page 32 of 68



**synchrony**
BANK

## BILL of SALE

### Midland – ███████ – September 2015

For value received and in further consideration of the mutual covenants and conditions set forth in the ████
████ Purchase Agreement (the "Agreement"), dated as of this 21st  day of July, 2015 by and
between Synchrony Bank formerly known as GE Capital Retail Bank ("Seller"), and Midland Funding LLC
("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns,
without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth
in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on September 22, 2015, and
as further described in the Agreement.


Synchrony Bank

By: _Ken Wojcik_ _____

Ken Wojcik

Title: SVP Collections and Recovery

AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

Nicolei Nasrabadi being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of
Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to
creditor's books and records, and am aware of the process of the sale and assignment of
electronically stored business records.

On or about 9/22/2015 Synchrony Bank formerly known as GE Capital Retail Bank sold a pool
of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to
Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records
were transferred on individual Accounts to the debt buyer. These records were kept in the
ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements
are true to the best of my knowledge.

Signed this 27th day of October, 2015

_____
Nicolei Nasrabadi

Signed and sworn to before me this 27th day of October, 2015 by Anthony Davis

(Notary Stamp)

_____

ANTHONY CHRIS DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2018

NY AOS 1.2 6/2/2014 - St. Paul

## BLANKET CERTIFICATE OF CONFORMITY FOR NOTARY ANTHONY DAVIS

I, Brett Rouleau, an attorney-at-law admitted to practice in the State of Minnesota and fully acquainted with the laws of the State of Minnesota do hereby certify that I am duly qualified to make this certificate of conformity and that the acknowledgement or proof upon the affidavits of merit were taken by Notary Anthony Davis, a notary public in the State of Minnesota, in the manner prescribed by the laws of the State of Minnesota and confirms to the laws thereof in all respects.

IN WITNESS WHEREOF, I have hereunto set my signature, on October 27, 2015.

_____
Brett Rouleau
Attorney at Law, State of Minnesota

Case 15-33574-KRH    Doc 79-2    Filed 09/08/16    Entered 09/08/16 20:28:50    Desc
ASHLEY FURNITURE    Exhibit(s) to Maddux Claim(s) Supporting
Exhibit(s) to Maddux Claim    documents    in Support    Page 4 of 4    REDACTED 3379

Statement Closing Date:    09/15/2015

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,059.45 |
| +   New Purchases | $0.00 |
| −   Payments | $0.00 |
| +/−  Credits, Fees & Adjustments (net) | $1,059.45− |
| +/−  Interest Charge (net) | $0.00 |
| **New Balance** | **$0.00** |
| | |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| **Days in Billing Period** | **20** |

**Pay online for free at: mysynchrony.com**
**For Synchrony Bank customer service or to report your card lost or stolen, call 1-877-889-0721.**

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| **New Balance** | **$0.00** |
| **Total Minimum Payment Due** | **$114.00** |
| **Payment Due Date** | **09/18/2015** |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit.  See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 09/15/2015 | 09/15/2015 | F90730082000CO527 | CHARGE OFF ACCOUNT-PRINCIPALS | $547.42 CR |
| 09/15/2015 | 09/15/2015 | | CHARGE OFF ACCOUNT *FINANCE CHARGES* | $512.03 CR |
| | | | **FEES** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| | | | **INTEREST CHARGED** | |
| 09/15/2015 | 09/15/2015 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

| 2015 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2015 | $0.00 |
| Total Interest Charged in 2015 | $170.36 |
| Total Interest Paid in 2015 | $174.67 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 29.99% | $0.00 | $0.00 |

## Cardholder News & Information

Statement not provided to customer.

* NOTICE:  See reverse side and additional pages (if any) for important information concerning your account.

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

| Total Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number |
|---|---|---|---|---|
| $114.00 | $0.00 | 09/18/2015 | $0.00 | REDACTED 3379 |

**Payment Enclosed :  $** ☐☐☐☐☐.☐☐

☐ **New address or e-mail?**
**Check the box at left and print changes on back**

Payment due includes $ 0.00 past due. Please pay the past due amount PROMPTLY.

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

Make Payment to:  SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

Case 15-33574-KRH    Doc 79-2  Filed 09/08/16  Entered 09/08/16 20:28:50   Desc
ASHLEY FURNITURE HOMESTORE/SYNCB    Ftadi Exhibit(s) to Maddux RACHEL CRADDUX
Exhibit(s) to Maddux documents in Support Page 4 of 8 3379

Statement Closing Date:   07/26/2015

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,098.45 |
| +   New Purchases | $0.00 |
| −   Payments | $39.00 |
| +/−  Credits, Fees & Adjustments (net) | $0.00 |
| +/−  Interest Charge (net) | $0.00 |
| **New Balance** | **$1,059.45** |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Overlimit Amount | $1,059.45 |
| Days in Billing Period | 31 |

**Pay online for free at: mysynchrony.com**
**For Synchrony Bank customer service or to report your card lost or stolen, call 1-877-889-0721.**

Best times to call are Wednesday - Friday.

## Payment Information

| | |
|---|---|
| **New Balance** | **$1,059.45** |
| **Total Minimum Payment Due** | **$38.00** |
| **Payment Due Date** | **08/18/2015** |

**PAYMENT DUE BY 5 P.M. EASTERN ON THE DUE DATE.**
We may convert your payment into an electronic debit.  See reverse side.

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

**Minimum Payment Warning:** Making only the Total Minimum Payment Due will increase the amount of interest you pay and the time it takes to repay your balance.  For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 3 years | $1,059.00 |

If you would like information about credit counseling services, call 1-877-302-8797.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 07/17/2015 | 07/17/2015 | F9073006600CHGDDA | AUTOMATIC PAYMENT - THANK YOU | $39.00 CR |
| | | | **FEES** | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| | | | **INTEREST CHARGED** | |
| 07/26/2015 | 07/26/2015 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

| 2015 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2015 | $0.00 |
| Total Interest Charged in 2015 | $170.36 |
| Total Interest Paid in 2015 | $174.67 |

## Interest Charge Calculation

| Type of Balance | Expiration Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | NA | 29.99% | $0.00 | $0.00 |

## Cardholder News & Information

Statement not provided to customer.

* NOTICE:  See reverse side and additional pages (if any) for important information concerning your account.

5302        CXH        1      7  23  150726        B O PAGE 1 of 1        9073  3000  FRJ2 O1CJ5302

Pay online at mysynchrony.com or enclose this coupon with your check. Please use blue or black ink.

| Total Minimum Payment Due | Payment  Due Date | New Balance | Account Number |
|---|---|---|---|
| $38.00 | 08/18/2015 | $1,059.45 | REDACTED  3379 |

Payment Enclosed :   $  ⬚ ⬚ ⬚ ⬚ ⬚ . ⬚ ⬚

☐ **New address or e-mail?**
**Check the box at left and print changes on back**

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

Make Payment to:  SYNCHRONY BANK
PO BOX 960061
ORLANDO, FL 32896-0061

Case 15-33574-KRH    Doc 79-2  Filed 09/08/16  Entered 09/08/16 20:28:50    Desc
Exhibit(s) to Memorandum in Support  Page 37 of 68
Case 15-33574-KRH    Claim 13-2 Part 2  Filed 02/26/16    Desc Exhibit(s) Supporting
documents    Page 7 of 7

| Field | |
|---|---|
| Account_Number | REDACTED 3379 |
| Customer_ID | *****6167 |
| Name | MADDUX         RACHEL |
| Account_Address_1 | 1107 CLAUSON RD |
| City | RICHMOND |
| State | VA |
| Zip_Code | 23227-1231 |
| Home_Phone_Number | 0000000000 |
| Work_Phone_Number | 0000000000 |
| Birth_Date | REDACTED |
| Contract_Date | 20121012 |
| ChargeOff_Date | 20150915 |
| Last_Payment_Date | 20150717 |
| Last_Purchase_Date | 20130102 |
| Last_Payment_Amount | 39 |
| ChargeOff_Amount | 547.42 |
| Associated_Costs | 0 |
| Accrued_Interest | 512.03 |
| Sale Amount | 1059.45 |

Data printed from electronic records provided by Synchrony Bank formerly known as GE Capital Retail Bank pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 9/24/2015 in connection with the sale of accounts from Synchrony Bank formerly known as GE Capital Retail Bank to Midland Funding, LLC.

Case 15-33574-KRH    Doc 79-2    Filed 09/08/16    Entered 09/08/16 20:28:50    Desc
Case 15-33574-KRH    Claim 3-2 Part 2    Filed 02/26/16    Page 39 of 68
Exhibit(s) to Memorandum in Support    Page 3 of 13
documents    Page 3 of 13

AFFIDAVIT OF SALE<br>OF ACCOUNT<br>BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

Nicolei Nasrabadi being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about 8/19/2015 Synchrony Bank formerly known as GE Capital Retail Bank sold a pool of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements are true to the best of my knowledge.

Signed this 14th day of September, 2015

Nicolei Nasrabadi

Signed and sworn to before me this 14th day of September, 2015 by Anthony Davis

(Notary Stamp)

ANTHONY CHRIS DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2018

NY AOS 1.2 6/2/2014 - St. Paul



EXHIBIT
B

Case 15-33574-KRH    Doc 79-2    Filed 09/08/16    Entered 09/08/16 20:28:50    Desc
Exhibit(s) to Memorandum in Support    Page 40 of 68

Case 15-33574-KRH    Claim 4-2 Part 2    Filed 02/26/16    Desc Exhibit(s) supporting
documents    Page 3 of 11

AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

Nicolei Nasrabadi being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of
Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to
creditor's books and records, and am aware of the process of the sale and assignment of
electronically stored business records.

On or about 8/19/2015 Synchrony Bank formerly known as GE Capital Retail Bank sold a pool
of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to
Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records
were transferred on individual Accounts to the debt buyer. These records were kept in the
ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements
are true to the best of my knowledge.

Signed this 14th day of September, 2015

Nicolei Nasrabadi

Signed and sworn to before me this 14th day of September, 2015 by Anthony Davis

(Notary Stamp)

ANTHONY CHRIS DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2018

NY AOS 1.2 6/2/2014 - St. Paul

Case 15-33574-KRH   Doc 79-2   Filed 09/08/16   Entered 09/08/16 20:28:50   Desc
Exhibit(s) to Memorandum in Support   Page 41 of 68
Case 15-33574-KRH   Claim 10-2 Part 2   Filed 02/26/16   Desc Exhibit(s) supporting
documents   Page 3 of 7

# AFFIDAVIT OF SALE
## OF ACCOUNT
### BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

Nicolei Nasrabadi being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of
Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to
creditor's books and records, and am aware of the process of the sale and assignment of
electronically stored business records.

On or about 9/22/2015 Synchrony Bank formerly known as GE Capital Retail Bank sold a pool
of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to
Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records
were transferred on individual Accounts to the debt buyer. These records were kept in the
ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements
are true to the best of my knowledge.

Signed this 27th day of October, 2015

_____
Nicolei Nasrabadi

Signed and sworn to before me this 27th day of October, 2015 by Anthony Davis

(Notary Stamp)

ANTHONY CHRIS DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2018

NY AOS 1.2 6/2/2014 - St. Paul

# AFFIDAVIT OF SALE
## OF ACCOUNT
## BY ORIGINAL CREDITOR

State of Minnesota County of Ramsey

Nicolei Nasrabadi being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am an Affidavit Documentation Specialist of
Synchrony Bank formerly known as GE Capital Retail Bank. In that position I have access to
creditor's books and records, and am aware of the process of the sale and assignment of
electronically stored business records.

On or about 8/19/2015 Synchrony Bank formerly known as GE Capital Retail Bank sold a pool
of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to
Midland Funding LLC. As part of the sale of the Accounts, electronic records and other records
were transferred on individual Accounts to the debt buyer. These records were kept in the
ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements
are true to the best of my knowledge.

Signed this 14th day of September, 2015



Nicolei Nasrabadi

Signed and sworn to before me this 14th day of September, 2015 by Anthony Davis

(Notary Stamp)



ANTHONY CHRIS DAVIS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2018

EXHIBIT
C

**BLANKET CERTIFICATE OF CONFORMITY FOR NOTARY ANTHONY DAVIS**


      I, Brett Rouleau, an attorney-at-law admitted to practice in the State of Minnesota and fully acquainted with the laws of the State of Minnesota do hereby certify that I am duly qualified to make this certificate of conformity and that the acknowledgement or proof upon the affidavits of merit were taken by Notary Anthony Davis, a notary public in the State of Minnesota, in the manner prescribed by the laws of the State of Minnesota and confirms to the laws thereof in all respects.


      IN WITNESS WHEREOF, I have hereunto set my signature, on September 14, 2015.

                                 _____

                                   Brett Rouleau
                                   Attorney at Law, State of Minnesota



## Lowe's® Credit Card Account

RACHEL R MADDUX
Account Number  REDACTED 916 0

Visit us at  www.lowes.com/credit
Customer Service:  1-800-444-1408

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $2,077.31 |
| - Payments | $0.00 |
| - Other Credits | $2,077.31 |
| + Purchases/Debits | $0.00 |
| + Fees Charged | $0.00 |
| + Interest Charged | $0.00 |
| New Balance | $0.00 |
| | |
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 07/26/2015 |
| Days in Billing Cycle | 11 |

### Payment Information

| | |
|---|---|
| New Balance | $0.00 |
| Amount Past Due | $0.00 |
| Total Minimum Payment Due | $222.00 |
| Payment Due Date | 08/07/2015 |

Late Payment Warning:    If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed
above, you may have to pay a late fee up to $38.00.

### Transaction Summary

| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 07/26 | 07/26 | | CHARGE OFF ACCOUNT-PRINCIPALS | ($1,917.23) |
| 07/26 | 07/26 | | CHARGE OFF ACCOUNT *FINANCE CHARGES* | ($160.08) |
| | | | FEES | |
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |
| | | | INTEREST CHARGED | |
| 07/26 | 07/26 | | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

| 2015 Totals Year-to-Date | |
|---|---|
| Total Fees Charged in 2015 | $111.00 |
| Total Interest Charged in 2015 | $288.06 |
| Total Interest Paid in 2015 | $248.17 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR)    is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | NA | 24.99% | $0.00 | $0.00 | 2D |

### Important Account Information

Statement not provided to customer.

You have recently been unenrolled from electronic statement delivery. You may have opted to stop receiving electronic
statements, or this may have occurred because of changes in your account or failure to comply with the Terms and
Conditions of the electronic statement service. Please feel free to reenroll at any time.

If your account has a deferred interest promotion and you would like us to apply a payment on your account in a different
way, please call Customer Service to discuss other options that may be available.

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights Information and other
important information.

7009        X5G        1    3 12  150726        Z X PAGE 1 of 1        9294  0010 S002 O1DN7009

Detach and mail this portion with your check. Do not include any correspondence with your check.



Account Number:  REDACTED 916 0

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | New Balance |
|---|---|---|---|
| $222.00 | $0.00 | 08/07/2015 | $0.00 |

Payment Enclosed:  $
Please use blue or black ink.

New address or email? Print changes on back.

*244704091407*

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

DAAADTATTADDADFDTFDFFAFAFFTDDTTTTFDATDTDATTTTAAATFADAAAFFTATFAFFF

Make Payment to:    LOWE'S/SYNCHRONY BANK
P.O. BOX 530914
ATLANTA, GA 30353-0914

TTDDTDDTTFAFTTTATTDDFATTTTTADADTADFFTFDDADADTTFDFATFDDTADDDDDAFF

REDACTED

Case 15-33574-KRH    Claim 14-2   Part 2   Filed 02/26/16   Desc Exhibit(s) Supporting
Documents   Page 9 of 11

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965004, Orlando, FL 32896-5004.** Please include your account number on any correspondence you send to us.
**Payments:** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965003, Orlando, FL 32896-5003.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your return envelope — not the enclosed window envelope, to P.O. Box 960097, Orlando, FL 32896-0097 and not the Payment Address.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the Billing Inquiries Address of:

Synchrony Bank

P.O. Box 965003, Orlando, FL 32896-5003

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right to not pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

Synchrony Bank

P.O. Box 965003, Orlando, FL 32896-5003

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. *Conditional Payments:* All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965003, Orlando, FL 32896-5003.

**Credits To Your Account:** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports And Account Information:** If you believe that we have

reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965005, Orlando, FL 32896-5005. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Balance Subject To Interest Charge Calculation*

**Method 2D (Daily Balance method):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the 'daily balance' we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Method 2M (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 3D (Daily Balance excluding current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. To get the 'daily balance' we take the beginning balance of your account each day, add any interest and applicable fees and subtract any payments or credits. We do not add in any new charges. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle. A separate daily balance will be calculated for each balance type on your account.

**Method 5 (Average Daily Balance excluding current transactions and unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, add applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Method 6 (Average Daily Balance including current transactions and excluding unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, add any new charges and applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn Bankruptcy Dept , P.O. Box 965060, Orlando, FL 32896-5060

*Your account is owned and serviced by Synchrony Bank.*

O1DN7009 - 1 - 06/19/14

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐

| | |
|---|---|
| Street | |
| Address | |
| City, State | |
| ZIP | |
| Phone # | |
| Email | |

| Home Phone # | Business Phone # | *Cell # or other phone # we can use to contact you | Email Address |
|---|---|---|---|

By providing your email address, you agree to receive email communications about your account
and also give permission for us to share your email address with Lowe's.







- Make shopping more convenient
- Update your account online
- No added cost

## It's easy to get started today

*The Primary Cardholder will be liable for all purchases made on the Account, including those made by an authorized user.
©2015 Lowe's. LOWE'S and Gable Mansard Design are registered trademarks of LF, LLC.

## Lowe's® Credit Card Account

RACHEL R MADDUX
Account Number    REDACTED 916 0

Visit us at  www.lowes.com/credit
Customer Service:   1-800-444-1408

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $1,980.23 |
| - Payments | $63.00 |
| - Other Credits | $0.00 |
| + Purchases/Debits | $0.00 |
| + Fees Charged | $38.00 |
| + Interest Charged | $41.03 |
| New Balance | $1,996.26 |
| | |
| Credit Limit | $2,040.00 |
| Available Credit | $43.00 |
| Statement Closing Date | 06/14/2015 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $1,996.26 |
| Total Minimum Payment Due | $99.00 |
| Payment Due Date | 07/07/2015 |

Late Payment Warning:    If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $38.00.

Minimum Payment Warning:    If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 11 years | $4,802.00 |

If you would like information about    credit counseling services   , call 1-877-302-8775.

### Transaction Summary

| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 06/09 | 06/09 | | ONLINE PYMT THANK YOU   ALPHARETTA  GA | ($63.00) |
| | | | FEES | |
| 06/07 | 06/07 | | LATE FEE | $38.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $38.00 |
| | | | INTEREST CHARGED | |
| 06/14 | 06/14 | | INTEREST CHARGE ON PURCHASES | $41.03 |
| (Continued on next page) | | | | |

(Continued on next page)

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See Statement Disclosures link below for details, Billing Rights Information and other important information.

7009        X5G        1     7  12  150614        PAGE 1 of 3        9294  0010  S002  O1DN7009



Account Number:   REDACTED 916 0

| Total Minimum Payment Due | Payment Due Date | New Balance |
|---|---|---|
| $99.00 | 07/07/2015 | $1,996.26 |

Save a stamp.   $ ▮▮▮▮▮ . ▮▮



*244704091401*

RACHEL R MADDUX
1107 CLAUSON RD
RICHMOND VA 23227-1231

FTTADDFFTTDADDDAADDADFFFDFFDAATDTTTADDTATTDDDDATAATATAADDAFTAFAFF

Make Payment to:    LOWE'S/SYNCHRONY BANK
P.O. BOX 530914
ATLANTA, GA 30353-0914

FFDDDTFFTDTFATATTFTADTFTADTAFFAATTDDAFDDAATAAFTFDTTADFTAFADDAFAFF

REDACTED

Case 15-33574-KRH    Claim 14-2    Part 3    Filed 02/26/16    Desc Exhibit(s) Supporting
Documents    Page 5 of 11

**Customer Service:** For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on this statement, your access to information on the account may be limited. You may also mail questions (but not payments) to: **P.O. Box 965004, Orlando, FL 32896-5004.** Please include your account number on any correspondence you send to us.
**Payments:** Send payments to the address listed on the remit portion of this statement or pay online.
**Notice:** See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965003, Orlando, FL 32896-5003.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. **You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your return envelope — not the enclosed window envelope, to P.O. Box 960097, Orlando, FL 32896-0097 and not the Payment Address.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the Billing Inquiries Address of:
Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in *writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (**Note:** Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at:
Synchrony Bank
P.O. Box 965003, Orlando, FL 32896-5003

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments: You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment.** Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. *Conditional Payments:* All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965003, Orlando, FL 32896-5003.

*Credits To Your Account:* An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

*Credit Reports And Account Information:* If you believe that we have

reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965005, Orlando, FL 32896-5005. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Balance Subject To Interest Charge Calculation*

**Method 2D (Daily Balance method):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the 'daily balance' we take the beginning balance of your account each day (which includes unpaid interest), add any new charges, and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle

**Method 2M (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges, and applicable fees and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account

**Method 3D (Daily Balance excluding current transactions):** We figure the interest charge on your account by applying the periodic rate to the 'daily balance' of your account for each day in the billing cycle. To get the 'daily balance' we take the beginning balance of your account each day, add any interest and applicable fees and subtract any payments or credits. We do not add in any new charges. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle. A separate daily balance will be calculated for each balance type on your account

**Method 5 (Average Daily Balance excluding current transactions and unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account. To get the 'average daily balance' we take the beginning balance of your account each day, add applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. We do not add in any new charges. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account

**Method 6 (Average Daily Balance including current transactions and excluding unpaid interest charges):** We figure the interest charge on your account by applying the periodic rate to the 'average daily balance' of your account each day, add applicable fees and subtract any payments, credits and unpaid interest charges from the previous billing cycle. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'average daily balance,' which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060

*Your account is owned and serviced by Synchrony Bank.*

O1DN7009 - 1 - 06/19/14

This is an attempt to collect a debt and any information obtained will be used for that purpose.

*By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

☐ Street
Address
City, State
ZIP
Phone #
Email

| Home Phone # | Business Phone # | *Cell # or other phone # we can use to contact you | Email Address |

By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with Lowe's.

Case 15-33574-KRH    Claim 14-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
Documents    Page 49 of 68



### Transaction Summary    (Continued)

| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | TOTAL INTEREST FOR THIS PERIOD | $41.03 |

**2015 Totals Year-to-Date**

| | |
|---|---|
| Total Fees Charged in 2015 | $73.00 |
| Total Interest Charged in 2015 | $245.01 |
| Total Interest Paid in 2015 | $248.17 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR)    is the annual interest rate on your account.

| Type of Balance | Expiration Date | Annual Percentage Rate | Balance Subject To Interest Rate | Interest Charge | Balance Method |
|---|---|---|---|---|---|
| Regular Purchases | NA | 24.99% | $1,997.55 | $41.03 | 2D |

### Important Account Information

You may be offered one of the following promotions when you make a qualifying Lowe''s credit card purchase: No Interest if Paid in Full within 6, 12, 18 or 24 months. Under each promotion, no interest will be assessed on the purchase if you pay the promotional purchase in full within the applicable promo period. If you do not, interest will be imposed on the purchase from the date of purchase at a rate of 24.99%. Minimum monthly payments required. Some or all of the minimum payment based on the promotional balance may be applied to other account balances. Offers subject to credit approval. Offers not available at all times for all purchases. Offer dates and other terms will be disclosed in promotional advertising. Regular account terms apply to non-promo purchases and, after promotion ends, to promo purchases. Cannot be combined with other credit related promotional offers.

If your account has a deferred interest promotion and you would like us to apply a payment on your account in a different way, please call Customer Service to discuss other options that may be available.

### Cardholder News and Information

Now you can recycle rechargeable batteries, plastic bags and CFLs at your local Lowe's. Simply drop the items in the bins near the store's entrance.

Please Note: When contacting the Lowe's Credit Center, you must be listed as an account owner to obtain information about the account. We cannot disclose information to authorized users or third parties.

Moving? Visit Lowesmoving.com for tools, tips and valuable offers to make your move easier.

Don't get caught by an email scam.    Occasionally, criminals send emails that look like they're from a retailer, bank or other financial institution. This scam is called phishing. Phishing emails can look almost identical to real emails from Synchrony Bank. The emails try to trick people into revealing credit card or bank account numbers.

Taking these four steps can protect you from fraud and identity theft.    1) Never respond to an email with your account or social security number. 2) Upgrade to the latest Internet browsers and use anti-virus and anti-spyware software. 3) Know your account status. Don't be fooled by false claims that it is in jeopardy. 4) Remember, Synchrony Bank emails regarding your account will always display the last four digits of your account number and never ask for confidential information.

Case 15-33574-KRH    Claim 14-2 Part 2    Filed 02/26/16    Desc Exhibit(s) Supporting
documents    Page 10 of 11

| Field | |
| --- | --- |
| Account_Number | REDACTED 9160 |
| Customer_ID | *****6167 |
| Name | MADDUX          RACHEL |
| Account_Address_1 | 1107 CLAUSON RD |
| City | RICHMOND |
| State | VA |
| Zip_Code | 23227-1231 |
| Home_Phone_Number | REDACTED |
| Work_Phone_Number | REDACTED |
| Birth_Date | REDACTED |
| Contract_Date | 20040701 |
| ChargeOff_Date | 20150726 |
| Last_Payment_Date | 20150609 |
| Last_Purchase_Date | 20150417 |
| Last_Payment_Amount | 63 |
| ChargeOff_Amount | 1917.23 |
| Associated_Costs | 0 |
| Accrued_Interest | 160.08 |
| Sale Amount | 2077.31 |

Data printed by Midland Credit Management, Inc. from electronic records provided by Synchrony Bank formerly known as GE Capital Retail Bank pursuant to the Bill of Sale / Assignment of Accounts transferred on or about 8/21/2015 in connection with the sale of accounts from Synchrony Bank formerly known as GE Capital Retail Bank to Midland Funding, LLC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| RACHEL RENA MADDUX, et al., )<br>)<br>Debtors, )<br>v. )<br>)<br>MIDLAND CREDIT MANAGEMENT, )<br>INC., as agent for MIDLAND FUNDING, )<br>LLC, )<br>)<br>Creditor. ) | Consolidated Contested Matters<br>Case Nos. 15-33574, 15-33590, 15-34358,<br>15-34453, 15-35437, 15-36032 |

### UNSWORN DECLARATION OF BARRY I. STRICKLAND

Commonwealth of Virginia, County of Hanover, to wit:

Barry I. Strickland, under penalty of perjury, states as follows:

1.     I am a certified public accountant with the firm of Barry Strickland & Company,

Certified Public Accountants. I have been employed in this capacity since 1986.

2.     I am over the age of 18.

3.     I was retained by Midland Funding, LLC ("Midland") to review proofs of claim

filed by Midland in the following bankruptcy matters: (1) *In re: Rae Price Blaha*, Case No. 15-

34453; (2) *In re: Calvin Alonzo Johnson*, Case No. 15-35437; (3) *In re: Patricia Ann Jones*,

Case No. 15-36032; (4) *In re: Jeffrey Al Light*, Case No. 15-33590; and (5) *In re: Rachel Rena*

*Maddux*, Case No. 15-33574 (collectively, the "Debtors").

4.     All of the proofs of claims filed by Midland in the above-referenced cases were

for credit accounts purchased from Synchrony Bank, formerly GE Capital Retail Finance

Corporation (the "Bank").

5.     I examined the proofs of claim and for verification purposes. I traced each claim

amount to the supporting documentation accompanying the proof of claim forms and confirmed

1



that the principal balance on the supporting documentation existed prior to the date of petition in each case. No exceptions were found.

6.      I determined that each of the different credit products offered by the Bank calculated the balance of the account (the principal amount of the debt) using the "Daily Balance Method." This simply takes the balance from the day before, adds any new charges and fees, then subtracts any payments or credits. The result is multiplied by the Annual Percentage Rate ("APR") and divided by the annual period (i.e., APR / 365 days). The result is the interest for that day which is added to the balance to arrive at the beginning balance (the principal amount of the debt) for the next day. This is also referred to as Daily Compounding.

7.      By definition, when interest is compounded, one period's interest becomes principal on which interest is computed in the next period.

8.      Compound Interest is significantly different from Simple Interest in that, with Simple Interest, the interest, if unpaid, can accrue and accumulate separate from the principal amount of debt, and is not added to the principal amount of the debt.

9.      All of the debts incurred by the Debtors in the above-referenced cases compounded interest daily. Therefore, what was once interest one day becomes principal the next day. No interest was charged post-petition on any of the proofs of claim filed by Midland.

10.     As a result, the amount of each proof of claim filed by Midland Funding against the Debtors was 100% principal on the date of the petitions.

11.     Any and all opinions expressed here are given to a reasonable degree of probability in the field of accounting.

I swear under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.

Barry I. Strickland, President
Barry Strickland & Company,
Certified Public Accountants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**RACHEL RENA MADDUX**, *et al.*,
    **Debtors,**

v.

                             **Consolidated Contested Matters**
                             **Case Nos. 15-33574, 15-33590,**
                                       **15-34358, 15-34453,**
                                       **15-35437, 15-36032**

**MIDLAND CREDIT MANAGEMENT, INC., as**
**Agent for MIDLAND FUNDING, LLC,**
    **Creditor.**

---

### DEBTOR RACHEL RENA MADDUX'S ANSWERS TO
### MIDLAND FUNDING LLC'S FIRST SET OF INTERROGATORIES CONCERNING
### DEBTOR'S OBJECTIONS TO CLAIMS 13-1 AND 13-2

Pursuant to Fed. R. Civ. P. 33, made applicable in the above-captioned contested matter pursuant to Rule 7033 of the Federal Rules of Bankruptcy Procedure, Rachel Rena Maddux ("Debtor") hereby submits her Answers to the First Set of Interrogatories (the "Interrogatories") propounded by Midland Funding, LLC ("Midland") concerning the Debtor's Objections to Claims 13-1 and 13-2:

### Interrogatories

1.      Identify all witnesses known to the Debtor, who have knowledge of relevant facts that have given rise to the Objections to Claim. Please include in the response a brief summary of the personal knowledge for each witness and designate which such witnesses are eyewitnesses or witnesses to other relevant facts.

**ANSWER:**    Debtor incorporates Debtor's Initial Disclosures.

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227
Telephone (804) 358-9900
Counsel for Debtor

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone (804) 861-6000
Counsel for Debtor

Thomas D. Domonoske (VSB #35434)
Consumer Litigation Associates
281 N. Mason Street, #811
Harrisonburg, VA 22803
Telephone: (540) 442-7706
Counsel for Debtor


EXHIBIT
E

2.      State the facts and identify the documents upon which you base your

allegation in the Objections to Claim that the account summary provided by Midland is

inaccurate and specifically identify the amount of principal, interest and fees that you

believe is properly owed. Please include in your response the identity of all persons and

documents that support your contention(s).

**Objection:   This contention Interrogatory cannot be sworn to by Debtor because
Debtor is not a lawyer who knows the basis of the allegations drafted by counsel.
Debtor will provide an Answer based on the proof Debtor's counsel intends to
use in Court to prove the allegation. Debtor further objects to fully identifying
documents that were created by Midland and in its possession. Debtor further
objects to fully identifying witnesses that were employees or former employees of
Midland.**

**Answer:      At this time, Midland has not proven it bought the account or who it
allegedly purchased the account from.  Synchrony Bank never provided Debtor
any notice that it had sold the account, and without seeing Synchrony Bank's
records it is unknown whether Synchrony Bank was merely servicing the debt for
a different holder.  Absent such documentation, no amounts are owed to Midland.
Absent such documentation, whether Synchrony may have sold its servicing
rights or an actual ownership interest is unknown.  Midland's refusal to provide
the documents showing such transfers are a further basis for the allegation that
such transfers either did not happen or did not happen as Midland claims.
Furthermore, Debtor knows that interest was owed on the account, in at least the
amount shown on the data printout that Midland has provided.  Despite having
that information, Midland's Account Summary states no interest is due. Midland
has previously admitted that it falsely claims no interest is due when interest is
actually due. Midland has previously admitted that it does this for its own
economic reasons. These admissions are set forth in a federal court opinion
which Midland has.  Debtor incorporates the documents and witnesses identified
in Debtor's Initial Disclosures.**

3.      Identify the date and the amount of the last payment you submitted for the

Sam's Club Account.

**Answer:      April 1, 2015, $50.00.**

4.      State the facts and identify the documents upon which you base your

allegation in the Objections to Claim that you did not sign a written agreement to obtain

**documents that were created by Midland and in its possession. Debtor further objects to fully identifying witnesses that were employees or former employees of Midland.**

**Answer:**      **Debtor Incorporates the Answer to Interrogatory 2 above.**

I declare under penalty of perjury that the foregoing is true and correct. Executed in Richmond, Virginia on August 23, 2016.

Rachel R. Maddux

Date  Aug 23, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

**RACHEL RENA MADDUX, et al.,**
   Debtors,

v.                                          **Consolidated Contested Matters**
                                            **Case Nos. 15-33574, 15-33590,**
                                            **15-34358, 15-34453,**
                                            **15-35437, 15-36032**

**MIDLAND CREDIT MANAGEMENT, INC., as**
**Agent for MIDLAND FUNDING, LLC,**
   Creditor.

---

### DEBTOR RACHEL RENA MADDUX'S ANSWERS TO
### MIDLAND FUNDING LLC'S FIRST SET OF INTERROGATORIES CONCERNING
### DEBTOR'S OBJECTIONS TO CLAIMS 14-1 AND 14-2

Pursuant to Fed. R. Civ. P. 33, made applicable in the above-captioned

contested matter pursuant to Rule 7033 of the Federal Rules of Bankruptcy Procedure,

Rachel Rena Maddux ("Debtor") hereby submits her Answers to the First Set of

Interrogatories (the "Interrogatories") propounded by Midland Funding, LLC ("Midland")

concerning the Debtor's Objections to Claims 14-1 and 14-2:

### Interrogatories

1.      Identify all witnesses known to the Debtor, who have knowledge of

relevant facts that have given rise to the Objections to Claim. Please include in the

response a brief summary of the personal knowledge for each witness and designate

which such witnesses are eyewitnesses or witnesses to other relevant facts.

**ANSWER:**   Debtor incorporates Debtor's Initial Disclosures.

---

Mark C. Leffler (VSB #40712)          Dale W. Pittman (VSB #15673)             Thomas D. Domonoske (VSB #35434)
Boleman Law Firm, P.C.                THE LAW OFFICE OF DALE W. PITTMAN, P.C.  Consumer Litigation Associates
2104 W. Laburnum Ave., Suite 201      The Eliza Spotswood House                281 N. Mason Street, #811
Richmond, VA 23227                    112-A West Tabb Street                   Harrisonburg, VA 22803
Telephone (804) 358-9900              Petersburg, VA 23803                     Telephone: (540) 442-7706
Counsel for Debtor                    Telephone (804) 861-6000                 Counsel for Debtor
                                      Counsel for Debtor



EXHIBIT

F

2.    State the facts and identify the documents upon which you base your

allegation in the Objections to Claim that the account summary provided by Midland is

inaccurate and specifically identify the amount of principal, interest and fees that you

believe is properly owed. Please include in your response the identity of all persons and

documents that support your contention(s).

**Objection:    This contention Interrogatory cannot be sworn to by Debtor because Debtor is not a lawyer who knows the basis of the allegations drafted by counsel. Debtor will provide an Answer based on the proof Debtor's counsel intends to use in Court to prove the allegation. Debtor further objects to fully identifying documents that were created by Midland and in its possession. Debtor further objects to fully identifying witnesses that were employees or former employees of Midland.**

**Answer:    At this time, Midland has not proven it bought the account or who it allegedly purchased the account from.  Synchrony Bank never provided Debtor any notice that it had sold the account, and without seeing Synchrony Bank's records it is unknown whether Synchrony Bank was merely servicing the debt for a different holder.  Absent such documentation, no amounts are owed to Midland. Absent such documentation, whether Synchrony may have sold its servicing rights or an actual ownership interest is unknown.  Midland's refusal to provide the documents showing such transfers are a further basis for the allegation that such transfers either did not happen or did not happen as Midland claims. Furthermore, Debtor knows that interest was owed on the account, in at least the amount shown on the data printout that Midland has provided.  Despite having that information, Midland's Account Summary states no interest is due. Midland has previously admitted that it falsely claims no interest is due when interest is actually due. Midland has previously admitted that it does this for its own economic reasons.  These admissions are set forth in a federal court opinion which Midland has.  Debtor incorporates the documents and witnesses identified in Debtor's Initial Disclosures.**

3.    Identify the date and the amount of the last payment you submitted for the

Lowe's Account.

**Answer:    June 9, 2015, $63.00.**

4.    State the facts and identify the documents upon which you base your

allegation in the Objections to Claim that you did not sign a written agreement to obtain

documents that were created by Midland and in its possession. Debtor further objects to fully identifying witnesses that were employees or former employees of Midland.

**Answer:**   **Debtor Incorporates the Answer to Interrogatory 2 above.**

I declare under penalty of perjury that the foregoing is true and correct. Executed in Richmond, Virginia on August 23, 2016.

Rachel R. Maddux

Date   Aug 23, 2016

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**RACHEL RENA MADDUX,** *et al.,*
    **Debtors,**

v.

**MIDLAND CREDIT MANAGEMENT, INC., as**
**Agent for MIDLAND FUNDING, LLC,**
    **Creditor.**

**Consolidated Contested Matters**
**Case Nos. 15-33574, 15-33590,**
      **15-34358, 15-34453,**
      **15-35437, 15-36032**

---

### DEBTOR RACHEL RENA MADDUX'S ANSWERS TO
### MIDLAND FUNDING LLC'S FIRST SET OF INTERROGATORIES CONCERNING
### DEBTOR'S OBJECTIONS TO CLAIMS 18-1 AND 18-2

Pursuant to Fed. R. Civ. P. 33, made applicable in the above-captioned

contested matter pursuant to Rule 7033 of the Federal Rules of Bankruptcy Procedure,

Rachel Rena Maddux ("Debtor") hereby submits her Answers to the First Set of

Interrogatories (the "Interrogatories") propounded by Midland Funding, LLC ("Midland")

concerning the Debtor's Objections to Claims 18-1 and 18-2:

### Interrogatories

1.    Identify all witnesses known to the Debtor, who have knowledge of

relevant facts that have given rise to the Objections to Claim. Please include in the

response a brief summary of the personal knowledge for each witness and designate

which such witnesses are eyewitnesses or witnesses to other relevant facts.

**ANSWER:**    Debtor incorporates Debtor's Initial Disclosures.

Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
2104 W. Laburnum Ave., Suite 201
Richmond, VA 23227
Telephone (804) 358-9900
Counsel for Debtor

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone (804) 861-6000
Counsel for Debtor

Thomas D. Domonoske (VSB #35434)
Consumer Litigation Associates
281 N. Mason Street, #811
Harrisonburg, VA 22803
Telephone: (540) 442-7706
Counsel for Debtor


EXHIBIT
G

2.       State the facts and identify the documents upon which you base your

allegation in the Objections to Claim that the account summary provided by Midland is

inaccurate and specifically identify the amount of principal, interest and fees that you

believe is properly owed. Please include in your response the identity of all persons and

documents that support your contention(s).

**Objection:    This contention Interrogatory cannot be sworn to by Debtor because
Debtor is not a lawyer who knows the basis of the allegations drafted by counsel.
Debtor will provide an Answer based on the proof Debtor's counsel intends to
use in Court to prove the allegation. Debtor further objects to fully identifying
documents that were created by Midland and in its possession. Debtor further
objects to fully identifying witnesses that were employees or former employees of
Midland.**

**Answer:       At this time, Midland has not proven it bought the account or who it
allegedly purchased the account from.  Synchrony Bank never provided Debtor
any notice that it had sold the account, and without seeing Synchrony Bank's
records it is unknown whether Synchrony Bank was merely servicing the debt for
a different holder.  Absent such documentation, no amounts are owed to Midland.
Absent such documentation, whether Synchrony may have sold its servicing
rights or an actual ownership interest is unknown.  Midland's refusal to provide
the documents showing such transfers are a further basis for the allegation that
such transfers either did not happen or did not happen as Midland claims.
Furthermore, Debtor knows that interest was owed on the account, in at least the
amount shown on the data printout that Midland has provided.  Despite having
that information, Midland's Account Summary states no interest is due. Midland
has previously admitted that it falsely claims no interest is due when interest is
actually due. Midland has previously admitted that it does this for its own
economic reasons. These admissions are set forth in a federal court opinion
which Midland has.  Debtor incorporates the documents and witnesses identified
in Debtor's Initial Disclosures.**

3.       Identify the date and the amount of the last payment you submitted for the

Ashley Furniture Account.

**Answer:       July 17, 2015, $39.00.**

4.       State the facts and identify the documents upon which you base your

allegation in the Objections to Claim that you did not sign a written agreement to obtain

documents that were created by Midland and in its possession. Debtor further objects to fully identifying witnesses that were employees or former employees of Midland.

**Answer:**    Debtor Incorporates the Answer to Interrogatory 2 above.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Richmond, Virginia on August 23, 2016.

Rachel R. Maddux

Date    Aug 23, 2016