**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**RACHEL RENA MADDUX,** *et al.,*
      Debtors,

v.

**MIDLAND CREDIT MANAGEMENT, INC.,** as
Agent for **MIDLAND FUNDING, LLC,**
      Creditor.

Consolidated Contested Matters
Case Nos. 15-33574, 15-33590,
15-34358, 15-34453,
15-35437, 15-36032

ORDER

On September 13, 2016, the parties, by counsel, appeared and the Court heard argument on Debtors' Motion for Summary Judgment. The Debtors identified the following fifteen Proofs of Claim submitted by Midland.

| Debtor Name | Claim No. |
| --- | --- |
| Rachel Maddux | 13-1 |
| Rachel Maddux | 14-1 |
| Rachel Maddux | 18-1 |
| Jeffrey Light | 8-1 |
| Jeffrey Light | 9-1 |
| Patricia A. Jones | 7-1 |
| Patricia A. Jones | 8-1 |
| Patricia A. Jones | 9-1 |
| Patricia A. Jones | 10-1 |
| Patricia A. Jones | 11-1 |
| Calvin A. Johnson | 6-1 |
| Calvin A. Johnson | 7-1 |
| Calvin A. Johnson | 8-1 |
| Rae Blaha | 7-1 |
| Rae Blaha | 8-1 |

| | | |
| --- | --- | --- |
| Emily Connor Fort (VSB #83889) | Dale W. Pittman (VSB #15673) | Thomas D. Domonoske (VSB #35434) |
| Mark C. Leffler (VSB #40712) | THE LAW OFFICE OF DALE W. PITTMAN, P.C. | Consumer Litigation Associates |
| Boleman Law Firm, P.C. | The Eliza Spotswood House | 281 N. Mason Street, #811 |
| 2104 W. Laburnum Ave., Suite 201 | 112-A West Tabb Street | Harrisonburg, VA 22803 |
| Richmond, VA 23227 | Petersburg, VA 23803 | Telephone: (540) 442-7706 |
| Telephone (804) 358-9900 | Telephone (804) 861-6000 | Counsel for Debtor |
| Counsel for Debtor | Counsel for Debtor | |

In each of the claims, after objection by the Debtor, Midland filed an amended Proof of Claim.

| Debtor Name | Claim No. |
|---|---|
| Rachel Maddux | 13-2 |
| Rachel Maddux | 14-2 |
| Rachel Maddux | 18-2 |
| Jeffrey Light | 8-2 |
| Jeffrey Light | 9-2 |
| Patricia A. Jones | 7-2 |
| Patricia A. Jones | 8-2 |
| Patricia A. Jones | 9-2 |
| Patricia A. Jones | 10-2 |
| Patricia A. Jones | 11-2 |
| Calvin A. Johnson | 6-2 |
| Calvin A. Johnson | 7-2 |
| Calvin A. Johnson | 8-2 |
| Rae Blaha | 7-2 |
| Rae Blaha | 8-2 |

All of the Proofs of Claim used forms that stated that no interest or fees were included in the claim amount. The Court finds in each Proof of Claim Midland failed to comply with Bankruptcy Rule 3001(c)(2)(A)'s requirement of identifying that interest, fees, or other charges were included in amount claimed. Debtors' Motion for Summary Judgment that Midland's Proofs of Claim violated Rule 3001 is granted.

Plaintiff's Motion for Summary Judgment on willfulness is denied at this time because factual issues may remain to be decided at trial.

Date: Sep 19 2016

/s/ Kevin R Huennekens
United States Bankruptcy Judge

Entered on Docket: Sep 21 2016

We ask for this:


/s/ Mark C. Leffler
Emily Connor Fort (VSB #83889)
Mark C. Leffler (VSB #40712)
Boleman Law Firm, P.C.
PO Box 11588
Richmond, VA 23230
Telephone (804) 358-9900
Counsel for Debtors

Thomas D. Domonoske (VSB #35434)
Consumer Litigation Associates
281 N. Mason Street, #811
Harrisonburg, VA 22803
Telephone (540) 442-7706
Counsel for Debtors

Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Telephone (804) 861-6000
Counsel for Debtors

Seen:


 /s/ Mark C. Leffler for David R. Ruby w/permission via email dated 09/15/16
David R. Ruby (VSB #22703)
Mark R. Colombell (VSB #48183)
*ThompsonMcMullan,* P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Counsel for Midland Funding, LLC

## **CERTIFICATION**

I certify that a copy of this Order has been endorsed by all necessary parties.


/s/ Mark C. Leffler

Counsel for Debtor

## PARTIES TO RECEIVE COPIES

Mark C. Leffler, Esquire
Emily Connor Fort, Esquire
Boleman Law Firm, P.C.
PO Box 11588
Richmond, VA 23230

Thomas D. Domonoske, Esquire
Consumer Litigation Associates
281 N. Mason Street, #811
Harrisonburg, VA 22803

Dale W. Pittman, Esquire
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803

David R. Ruby, Esquire
Mark R. Colombell, Esquire
*ThompsonMcMullan,* P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Suzanne E. Wade, Esquire
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA 23218